IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CENTURYTEL OF FAIRWATER-BRANDON-ALTO, LLC;
CENTURYTEL OF FORESTVILLE, LLC;
CENTURYTEL OF LARSEN-READFIELD, LLC;
CENTURYTEL OF MONROE COUNTY, LLC;
CENTURYTEL OF NORTHERN WISCONSIN, LLC;
CENTURYTEL OF SOUTHERN WISCONSIN, LLC;
CENTURYTEL OF MIDWEST WISCONSIN, LLC; and
CENTURYTEL OF WISCONSIN, LLC,

JUDGMENT IN A
CIVIL CASE

Case No. 08-cv-470-slc

    Plaintiffs,

v.

CHARTER FIBERLINK, LLC,

    Defendant.

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that pursuant to 28 U.S.C. § 1447(c), it is ORDERED that not later than May 8, 2009, defendant shall pay to plaintiffs $32,200.00 in attorney's fees and $1,910.13 in costs.

_____
Peter A. Oppeneer, Clerk of Court

APR 2 4 2009
_____
Date